UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN DAVID ENTO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Defendant. | No.  2:13-cv-02248 AC P<br><br><br>ORDER |

　　　　Plaintiff is a Sacramento county jail inmate proceeding in forma pauperis with this action pursuant to 42 U.S.C. § 1983.  On November 6, 2013, plaintiff consented to proceed before the undersigned magistrate judge for all purposes.  See 28 U.S.C. § 636(c).  By order filed May 8, 2014, plaintiff's first amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1